### UNITED STATES, Appellee

v

### PRINCE S. CRAWFORD, Sergeant, U. S. Army, Appellant

### 16 USCMA 149, 36 CMR 305

### No. 19,191

### March 18, 1966

*Colonel Joseph L. Chalk, Lieutenant Colonel Jacob Hagopian*, and *Captain Beverly B. Bates* were on the brief for Appellant, Accused.

*Colonel Joseph J. Crimmins, Lieutenant Colonel Francis M. Cooper*, and *First Lieutenant Maurice Jay Kutner* were on the brief for Appellee, United States.

## Opinion of the Court

PER CURIAM:

The question presented on this appeal is the same as that considered in United States v Metz, 16 USCMA 140, 36 CMR 296. For the reasons set out in our opinion in that case, the decision of the board of review is reversed and the action of the convening authority is set aside. The record of trial is returned to The Judge Advocate General of the Army for submission to another competent reviewing authority for further proceedings consistent with this opinion.